■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY MAYES, Appellant.—Judgment of the Supreme Court, Richmond County,

rendered February 2, 1979, affirmed. (See *People v Pena,* 50 NY2d 400.) Damiani, J. P., Titone, Mangano, and Gibbons, JJ., concur.